**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

        v.                                         **1:21-MJ-032-DJS**

**BRANDON FELLOWS**

        **Defendant**

---

**DANIEL J. STEWART
U.S. MAGISTRATE JUDGE**

### ORDER TO RELEASE DETAINED DEFENDANT

The above-named Defendant has satisfied the conditions for release and the Defendant shall be released from custody forthwith.

**IT IS SO ORDERED.**

**DATED: January 19, 2021**

                                                    Daniel J. Stewart
                                                    U.S. Magistrate Judge